```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DMITRY OKRAYNETS and TATANIA OKRAYNETS,

                Plaintiffs,                      06 CV 7910 (CM)(HBP)
                                                        08 CV 0127

   -against-

METROPOLITAN TRANSPORTATION AUTHORITY,        SATISFACTION
MTA NEW YORK CITY TRANSIT, MTA CAPITAL         OF JUDGMENT
CONSTRUCTION COMPANY and NEW YORK CITY
TRANSIT AUTHORITY,

                Defendants.
----------------------------------------------------------X

      WHEREAS, the plaintiffs Dmitry Okraynets and Tatania Okraynets recovered a Judgment in the above-entitled actions in the total sum of Twenty Eight Million Seven Hundred Thirty Two Thousand Fifty Six and 32/100 Dollars ($28,732,056.32) against the defendants Metropolitan Transportation Authority, MTA New York City Transit, MTA Capital Construction Company and New York City Transit Authority, which Judgment was docketed and entered in the office of the Clerk of the United States District Court for the Southern District of New York on September 22, 2008; and

      WHEREAS, said Judgment has been wholly paid and fully satisfied, no amount remains outstanding, and there are no outstanding executions;

      THEREFORE, full satisfaction of said Judgment is hereby acknowledged, and the Clerk of the above-named court is hereby authorized to make an entry of full satisfaction on the docket of said Judgment.

                                                             _____
                                                             Bradley A. Sacks, Esq.
                                                             225 Broadway - Suite 2410
                                                              New York, NY 10007
                                                              (212) 349-6171
                                                             Counsel to Jaroslawicz & Jaros
                                                             Attorneys for the plaintiffs

Sworn to before me this
22d day of July 2009

_____
Notary Public

00461599.1

INES FLORES
Notary Public, State of New York
No. 01FL1256260
Qualified in Bronx County
Commission Expires April 30, 2011